WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY TYREE BROWN,

    Plaintiff,

v.

DEVON SCHRUM, *et al.*,

    Defendants.

Case No. C08-5326RBL

ORDER

This matter is before the court upon plaintiff's payment of the $350.00 filing fee. After reviewing the record, the court finds and orders as follows:

(1) The court does not generally serve § 1983 complaints for prisoner plaintiffs who are not proceeding in forma pauperis unless a motion for service, showing good cause explaining why it is necessary for the U.S. Marshal to serve his complaint, is filed and granted. Here, Plaintiff filed an application to proceed IFP, but it was denied. Plaintiff has since paid the filing fee, and Plaintiff has not asked the court to serve his complaint, and Plaintiff has not filed a motion asking the court to serve the Complaint on defendants, showing the requisite good cause to warrant such service in this matter.

(2) Accordingly, the service documents and copies previously submitted to the Clerk by Plaintiff are not needed by the court clerk, as it is plaintiff's responsibility to serve the defendants named in the Complaint. See Local Rule CR 4(c) and Rule 4 of the Federal Rules of Civil Procedure. The Clerk is directed to return those documents to Plaintiff.

ORDER
Page - 1

(3) The clerk is further directed to send a copy of this Order and a copy of the court's General Order to plaintiff and any other party that has appeared in this matter.

DATED this 1st day of October, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2