UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY TYREE BROWN,

    Plaintiff,

v.

DEVON SCHRUM *et al*.,

    Defendants.

Case No. C08-5326RBL/JKA

ORDER ON PENDING MOTIONS

    This civil rights matter has been referred to Magistrate Judge J. Kelley Arnold pursuant to 28 U.S.C. § 636(b)(1), Local Magistrate Judge's Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. Plaintiff filed three motions in response to a motion for summary judgment. The first motion asks for stay of the summary judgment motion pending discovery (Dkt. # 16).

    Many of the claims in this action are time barred. Further, one claim fails as a matter of law. The defendants should not be forced to answer discovery on these claims. The motion to stay the summary judgment motion is **DENIED.**

    Plaintiff's second motion asks for leave to seek discovery from a non party, Dr. Champoux (Dkt. # 17). The facts disclose Dr. Champoux may have information relevant to the case and the motion is **GRANTED**.

    Plaintiff's final request is for appointment of counsel (Dkt. # 19). There is no right to have

| | |
|---|---|
| 1 | counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § |
| 2 | 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so |
| 3 | only in exceptional circumstances. <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Franklin |
| 4 | v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir. 1984); <u>Aldabe v. Aldabe</u>, 616 F.2d 1089 (9th Cir. 1980). A |
| 5 | finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits |
| 6 | and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues |
| 7 | involved. <u>Wilborn</u>, 789 F.2d at 1331. |

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*. <u>See</u>, Complaint (Dkt # 7). Accordingly, Plaintiff's Motion to Appoint Counsel (Dkt. # 19) is **DENIED**.

The clerk is directed to send a copy of this order to plaintiff and counsel for defendants.

DATED this 20 day of February, 2009.

<u>/S/ *J. Kelley Arnold*</u>
J. Kelley Arnold
United States Magistrate Judge