HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY TYREE BROWN,

    Plaintiff,

v.

DEVON SCHRUM, et al,

    Defendants.

Case No. C08-5326RBL

ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration [Dkt. #41]. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #39].

It is **ORDERED** that Plaintiff's Motion for Reconsideration [Dkt. #41] is **DENIED.**

Dated this 8th day of April, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1