08-CV-05326-ORD

FILED ___ LODGED
___ RECEIVED

SEP 15 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY TYREE BROWN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEVON SCHRUM et al.,<br><br>　　　　　　Defendants. | No. 08-5326RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation [Dkt. #86], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Hotep was never served. Plaintiff has failed to show good cause for this failure of service. The claim against this Defendant is DISMISSED WITHOUT PREJUDICE.

(3) The remaining Defendants who were served are entitled to summary judgment as they were not deliberately indifferent to a serious medical need given the facts present to them.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(4) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

DATED this 14th day of September, 2009.

*Ronald B. Leighton*
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2