HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY TYREE BROWN, <br><br> Plaintiff, <br><br> v. <br><br> DEVON SCHRUM, et al., <br><br> Defendants. | Case No. C08-5326RBL <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal [Dkt. #93]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

**ORDERED** that Plaintiff's Application is **GRANTED**. See Fed. R. App. P. 24(a).

The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro se and to the United States Court of Appeals for the Ninth Circuit.

Dated this 12th day of November, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE