# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GREGORY TYREE BROWN,

    Plaintiff,

v.

DEVON SCHRUM et al.

    Defendants.

CASE NO. 3:08-cv-05326-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, Plaintiff's objections thereto [Dkt. #114], and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   All claims except the claim regarding the March 2005 disciplinary hearing are dismissed. Dispositive motions on this issue will be due 30 days after entry of this order. The case is reassigned to Magistrate Creatura for entry of a scheduling order.

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 2nd day of December, 2011.

　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2