UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| GREGORY TYREE BROWN, | NO. C08-5326 RBL |
|---|---|
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| DEVON SCHRUM et al., | |
| Defendants. | |

The Court, having reviewed the relevant record does hereby adopt the Report and Recommendation of Judge Richard Creatura, United States Magistrate Judge. The Court ORDERS this action be DISMISSED WITH PREJUDICE and that in forma pauperis status be revoked for the purpose of appeal.

Dated this ___ day of June, 2012.

RONALD B. LEIGHTON
U.S. District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION 1